# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Evonese Codner

                       Plaintiff,

v.                                                  Case No.: 3:24−cv−01181

BRT Weekend Touring Agency, LLC

                       Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/5/2025 re [14].

                                                                       Lynda M. Hill
                                                   s/ Kim Chastain, Deputy Clerk